[No. 25120-5-II.  Division Two.  October 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. SCHILLING, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-00201-8, D. Gary Steiner, J., entered September 27, 1999. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 25340-2-II.  Division Two.  October 19, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. VIVIAN A. MILES, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00643-4, Stephen M. Warning, James E. Warme, and Randolph Furman, JJ., entered November 9, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Houghton, J.

[No. 25696-7-II.  Division Two.  October 19, 2001.]

JAMES M. KING, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-04860-9, Waldo F. Stone, J. Pro Tem., entered February 3, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Houghton, JJ.

[No. 25745-9-II.  Division Two.  October 19, 2001.]

GREGORY A. McPHEE, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-09512-4, Thomas Felnagle, J., entered February 18, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.